# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1765
_____

LORI M. MOODY,

    Appellant,

v.

EDWARD W. HORAN,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

May 24, 2024

PER CURIAM.

    AFFIRMED.

LEWIS, ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lori M. Moody, pro se, Appellant.

Edward Warren Horan, pro se, Appellee.